No. 98–1181. MARY HITCHCOCK MEMORIAL HOSPITAL ET AL. *v.* KLONOSKI. C. A. 1st Cir. Certiorari denied.

No. 98–1191. PENRY ET AL. *v.* FEDERAL HOME LOAN BANK OF TOPEKA ET AL. C. A. 10th Cir. Certiorari denied.

No. 98–1193. SNYDER *v.* MURRAY CITY CORPORATION ET AL. C. A. 10th Cir. Certiorari denied.

No. 98–1198. COX *v.* UTAH LABOR COMMISSION ET AL. Ct. App. Utah. Certiorari denied.

No. 98–1210. GUARINO *v.* KAISER ALUMINUM & CHEMICAL CORP. ET AL. Ct. App. La., 5th Cir. Certiorari denied.

No. 98–1216. CENTURY MARINE, INC. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–1217. FIREMAN'S FUND INSURANCE CO. *v.* TARKINGTON, O'CONNOR & O'NEILL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 98–1238. BERG *v.* NEWSOM ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–1247. SANDERS *v.* BLATNICK. C. A. 9th Cir. Certiorari denied.

No. 98–1251. CARTER *v.* ALLEN. C. A. 11th Cir. Certiorari denied.

No. 98–1262. LOMBARD CORP. *v.* COLLINS, COMMISSIONER, GEORGIA DEPARTMENT OF REVENUE, ET AL. Sup. Ct. Ga. Certiorari denied.

No. 98–1292. FOREST COMMODITIES CORP. ET AL. *v.* CONSTRUCTION AGGREGATES, LTD. C. A. 11th Cir. Certiorari denied.

No. 98–1296. BERNARDO *v.* APFEL, COMMISSIONER OF SOCIAL SECURITY. C. A. 2d Cir. Certiorari denied.